THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED PHILLIPS, Appellant.— Judgment unanimously reversed and the complaint dismissed upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

In the Matter of OLYMPIA RESTAURANT CORP., Respondent, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority, Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILTON TRAUBNER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See *post,* p. 935.]

ANGELO DE LUCA, Appellant, v. ATLANTIC REFINING Co., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See 279 App. Div. 577.]

In the Matter of MURRAY J. GREENBERGER.— Motion granted. Present — Glennon, J. P., Dore, Callahan and Shientag, JJ.

MAURICE MILDER et al., Doing Business under the Name of A. MILDER'S SONS, Respondents, v. SANTO SORGE, Doing Business as S. SORGE TRADING Co., Appellant.— Order unanimously modified so as to extend the stay of the trial and the time for the return of the letters rogatory to September 15, 1951, and, as so modified, affirmed, without costs. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

PARAMOUNT COSMETICS, INC., et al., Respondents, v. NICHOLAS A. STAVROUDIS, Appellant.— Order, so far as appealed from, unanimously modified by eliminating therefrom the provision for filing and undertaking or surety company bond in the sum of $10,000 as a condition for opening defendant's default and substituting a provision that the judgment shall stand as security and upon condition that defendant shall pay a full bill of taxable costs and, as so modified, affirmed, without costs of this appeal. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.